Issa K. Moe, Bar No. 254998
MoeI@moss-barnett.com
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
612.877.5399/FAX 612.877.5016

Attorneys for Defendant
ASTRA BUSINESS SERVICES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVANANDA MIZAR,<br><br>    Plaintiff,<br><br>v.<br><br>ASTRA BUSINESS SERVICES,<br><br>    Defendant. | Case No: 3:11-CV-02067-TEH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Hon. Thelton E. Henderson |

Pursuant to Civil Local Rule 6-1(a), defendant Astra Business Services ("Defendant") and plaintiff Shivananda Mizar ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff served its complaint and demand for jury trial ("Complaint") on May 17, 2011;

WHEREAS, the initial deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint was June 7, 2011;

WHEREAS, on June 7, 2011, Defendant requested and Plaintiff consented

1804799v1

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO.: 3:11-CV-02067-TEH

to an additional 14 days for Defendant to answer or otherwise respond to Plaintiff's Complaint;

WHEREAS, an additional 14 days for Defendant to answer or otherwise respond to Plaintiff's Complaint will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, Defendant and Plaintiff have authorized the filing of this stipulation with electronic signatures as permitted by General Order No. 45;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant shall answer or otherwise respond to Plaintiff's Complaint by June 21, 2011.

MOSS & BARNETT, P.A.

Dated: June 8, 2011      By: /s/ Issa K. Moe
                             ISSA K. MOE
                             Attorneys for Defendant
                             Astra Business Services

KROHN & MOSS, LTD.

Dated: June 8, 2011      By: /s/ James D. Pacitti
                             JAMES D. PACITTI
                             Attorneys for Plaintiff
                             Shivananda Mizar



06/09/2011
IT IS SO ORDERED
Judge Thelton E. Henderson

- 2 -
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO.: 3:11-CV-02067-TEH