**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIVANANDA MIZAR, | Case No.: **3:11-cv-02067** |
| Plaintiff, | [~~PROPOSED~~] **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| ASTRA BUSINESS SERVICES, | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: 07/27/2011

_____
The Honorable Thelton E. Henderson
United States District Judge

1

[Proposed] Order